# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## ( P3d )

## BALLOT TITLES CERTIFIED

### May 8, 2014

Dixon v. Rosenblum (S062128). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 54 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

Dixon v. Rosenblum (S062129). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 55 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

Fidanque/Sprenger v. Rosenblum (S062127)(S062130). The argument (made by all petitioners) that the Attorney General's certified ballot title for Initiative Petition No. 52 (2014) does not comply substantially with ORS 250.035(2) to (6) are not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### May 8, 2014

State v. Walraven, Trevor Troy/State ex rel Walraven v. Department of Corrections (S061811)(S062115). Alternative writs of mandamus issued.